■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUAUT A. DUAMUTEF, Also Known as BERESFORD DUNCAN, Appellant, v STEPHEN DALSHEIM, Superintendent, Respondent. [622 NYS2d 83] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Bernhard, J.), dated April 23, 1993, which denied the application.

Ordered that the judgment is affirmed, without costs or disbursements.

A habeas corpus proceeding is not proper in the present case because even if the petitioner's claims were meritorious, the only remedy would be a new trial, not immediate release from prison *(see, People ex. rel. Fisher v Leonardo,* 200 AD2d 844). Therefore, the application was properly denied. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.